UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAYUN TUFAIL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN GOIA, et al.,<br><br>    Defendants. | Case No. 14-cv-03636-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 73 |

Pursuant to the Stipulation of Dismissal of Complaint, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: January 14, 2015

WILLIAM H. ORRICK
United States District Judge